OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

02 1R          $ 00.26⁵
0006557458    DEC 10 2014
MAILED FROM ZIP CODE 78701

12/10/2014
JACKSON, TRENT      Tr. Ct. No. 11-09-11,537-A          WR-82,506-01

The Court has dismissed your application for writ of habeas corpus without written order for non-compliance with Texas Rules of Appellate Procedure 73.1. Specifically, applicant's facts &/or grounds are not set out on the prescribed form. See Ex parte Blacklock, 191 S.W.3d 718 (Tex.Crim.App.2006)

Abel Acosta, Clerk

TRENT JACKSON

Forward to: Goliad County Jail
701 E. End St
Goliad, TX 77963